**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

GINA CARDENAS,
   *Plaintiff*

-vs-

NATIONWIDE CAPITAL SERVICES,
LLC,
   *Defendant*

§
§
§
§
§
§
§
§
§
§

SA-24-CV-00643-XR

**SETTLEMENT ORDER**

The parties have informed the Court that the parties have reached a settlement in this matter. ECF No. 17. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **November 22, 2024**. *See* FED. R. CIV. P. 41. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**

Defendant's pending motion to Dismiss for Lack of Standing (ECF No. 15) is hereby **DISMISSED AS MOOT** without prejudice to refiling, as needed.

It is so **ORDERED**.

**SIGNED** this 24th day of September, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE